Form 3015-1 - Chapter 13 Plan

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**CHAPTER 13 PLAN**

In re:
**Aida E Tosca**

Dated: March 8, 2011

DEBTOR

Case No. BKY 10-49286

*In a joint case,
debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE** —
   a. As of the date of this plan, the debtor has paid the trustee $ **0.00** .
   b. After the date of this plan, the debtor will pay the trustee $ **355.00** per **Month** for **60** months, beginning within 30 days after the order for relief for a total of $ **21,300.00** . The minimum plan payment length is ___ 36 or **X** 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
   c. The debtor will also pay the trustee ___
   d. The debtor will pay the trustee a total of $ **21,300.00** [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **2,130.00** , [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** — The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

   | Creditor | Monthly Payment | Number of Months | Total Payments |
   |---|---|---|---|
   | -NONE- | $ | | $ |
   | a. TOTAL | | | $ 0.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

   | Creditor | Description of Property |
   |---|---|
   | -NONE- | |

5. **CLAIMS NOT IN DEFAULT** — Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

   | Creditor | Description of Property |
   |---|---|
   | -NONE- | |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** — The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

   | | Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
   |---|---|---|---|---|---|---|
   | a. | **AFFINITY PLUS FCU** | $ 450.00 | $ 13.24 | 8 | 34 | $ 450.00 |
   | b. | **US BANK HOME MTG** | $ 11,230.70 | $ 233.23/320.00 | 8 / 42 | 34 / 12 | $ 11,230.70 |
   | c. | TOTAL | | | | | $ 11,680.70 |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

   | | Creditor | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
   |---|---|---|---|---|---|---|---|
   | a. | **PARKWAY TOWNHOUSE ASSN** | $ 2,033.00 | 10 | $ 73.54 | 8 | 34 | $ 2,500.40 |
   | b. | TOTAL | | | | | | $ 2,500.40 |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) | x (No. of Pmnts) = | Pmnts on Account of Claim + | (Adq. Prot. from ¶ 3) = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| a. | | | | | | | | | |
| b. TOTAL | | | | | | | | $ | 0.00 |

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. ***The amounts listed are estimates.*** The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. **Attorney Fees** | $ 2,274.00 | $ 284.25 | 1 | 8 | $ 2,274.00 |
| b. **INTERNAL REVENUE SVC** | $ 1,181.35 | Pro rata | 54 | 7 | $ |
| c. **IRS (1305(a)(1))*** | $ Unknown | Pro rata | | | $ 1,181.35 |
| d. **MN DEPT OF REVENUE** | $ 813.39 | Pro rata | 54 | 7 | $ 813.39 |
| e. TOTAL | | (The trustee shall pay all post-petition taxes obligations owing the IRS for tax year 2010 pursuant to 11 USC 1305(a)(1))$ | | | 4,268.74 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:  **-NONE-**
The trustee will pay the allowed claims of the following creditors. ***All entries below are estimates.***

| Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | $ |
| a. TOTAL | | | | | | $ 0.00 |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **720.160**  [line 1(d) minus lines 2, 6(c), 7(a), 8(a), 9(d) and 10(a)].

   a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00** .

   b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **28,771.00** .

   c. Total estimated unsecured claims are $ **28,771.00**  [line 11(a) + line 11(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10 or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS** —


14. **SUMMARY OF PAYMENTS** —

| | |
|---|---|
| Trustee's Fee [Line 2] | $ 2,130.00 |
| Home Mortgage Defaults [Line 6(c)] | $ 11,680.70 |
| Claims in Default [Line 7(a)] | $ 2,500.40 |
| Other Secured Claims [Line 8(b)] | $ 0.00 |
| Priority Claims [Line 9(d)] | $ 4,268.74 |
| Separate Classes [Line 10(a)] | $ 0.00 |
| Unsecured Creditors [Line 11] | $ 720.16 |
| **TOTAL [must equal Line 1(d)]** | $ **21,300.00** |

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
**Richard J Pearson 130308**
**Prescott & Pearson, P.A.**
**Po Box 120088**
**New Brighton, MN 55112-0088**
**(651) 633-2757**
**130308**

Signed    **/s/ Aida E Tosca**
              **Aida E Tosca**
              DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
AIDA E TOSCA

BKY No. 10-49286
Chapter 13

Debtor(s)
_____

**NOTICE OF HEARING TO APPROVE MODIFIED PLAN**

TO: The debtor(s); US Trustee; Chapter 13 Trustee; and creditors and parties in interest.

1. The debtor(s), by the undersigned attorney, moves the court for approval of the modified plan dated March 8, 2011.

2. The court will hold a hearing on this motion at 10:30 a.m. on April 21, 2011 in Courtroom No. 8W, U.S. Bankruptcy Court, U.S. Courthouse, 300 S. Fourth St., Minneapolis, MN 55415.

3. Any objection to this modified plan must be filed and served by delivery not later than April 15, 2011 which is 5 days before the time set for the hearing including Saturdays, Sundays and holidays. UNLESS AN OBJECTION TO THE PLAN IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. The court has jurisdiction over this motion pursuant to 28 U.S.C. Sec 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. The petition commencing this Chapter 13 case was filed on December 17, 2010. This case is now pending in this court.

5. The plan is being modified to correct the amount paid to US Bank Home Mortgage for pre-petition arrears.

Dated: March 8, 2011

**PRESCOTT & PEARSON, P.A.**

/e/ Richard J. Pearson
_____
Jack L. Prescott  #88079
Richard J. Pearson  #130308
Attorneys for Debtor
443 Old Highway 8 NW #208
New Brighton, MN 55112
Telephone: (651) 633-2757

# VERIFICATION

Aida E. Tosca, the Debtor(s) named in the Motion, declare(s) under penalty of perjury that the information therein contained is correct to the best of our knowledge, information and belief.

Dated:   March 8, 2011

Signed: _____
Aida E. Tosca, Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:
AIDA E TOSCA

BKY No. 10-49286
Chapter 13

Debtor(s)

**UNSWORN DECLARATION OF SERVICE**

Lindy Voss, an employee at Prescott & Pearson, P.A., a law firm licensed to practice law in this court, with offices at 443 Eighth Avenue Northwest, New Brighton, Minnesota 55112, declares under penalty of perjury that on March 8, 2011, I mailed the annexed NOTICE OF HEARING TO APPROVE MODIFIED PLAN and MODIFIED CHAPTER 13 PLAN by first class mail postage prepaid to each entity named below at the address stated for each entity:

SEE ATTACHED SERVICE LIST

and delivered to each entity below by way of electronic transmission by the United States Bankruptcy Court:

U.S. Trustee
Jasmine Z. Keller, Chapter 13 Trustee

Executed on: March 8, 2011

/s/ Lindy Voss

Lindy Voss

AIDA E TOSCA
445 96th LANE NE
BLAINE MN 55434

HSBC BANK NV
BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON AZ 85712

US BANK
WILFORD & GESKE
CO JAMES GESKE
8425 SEASONS PKWY STE 105
WOODBURY MN 55125

AFFINITY PLUS FCU
175 W LAFAYETTE RD
ST PAUL MN 55107

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-0001

B-LINE LLC
MS 550
PO BOX 91121
SEATTLE WA 98111-9221

DISCOVER CARD
COLLECTIONS DEPT
PO BOX 8003
HILLIARD OH 43026

FM/MINNESOTA
1450 ENERGY PARK DR STE 350
ST PAUL MN 55108

GE MONEY BANK
CO B-LINE LLC
MS 550
PO BOX 91121
SEATTLE WA 98111-9221

HERBERGERS
RETAIL SERVICES
DEPT 7680
CAROL STREAM IL 60116-7680

INTERNAL REVENUE SVC
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SVC
30 E 7TH ST
STE 1222 STOP 5700
ST PAUL MN 55101

JC PENNEY GEMB
PO BOX 960001
ORLANDO FL 32896-0001

JOSEPH AND SUSAN VASS
2018 KENWOOD DR W
ST PAUL MN 55117

MN DEPT OF REVENUE
551 BKY SECTION CEU DEPT
PO BOX 64447
ST PAUL MN 55164

NYFD
CO NCO INOVISION MED
507 PRUDENTIAL RD
HORSHAM PA 19044

PARKWAY TOWNHOUSE ASSN
2520 COON RAPIDS BLVD STE 100
COON RAPIDS MN 55433

PINNACLE FINANCIAL
7825 WASHINGTON AVE S
STE 310
EDINA MN 55439-2409

QUANTUM3 GROUP LLC
PO BOX 788
KIRKLAND WA 98083-0788

US BANK
4801 FREDERICA ST
OWENSBORO KY 42301

WILFORD & GESKE
SEASONS OFFICE BLDG
8425 SEASONS PKWY #105
WOODBURY MN 55125

WELLS FARGO FINANCIAL MN
ATTN MAC S4015-01T
PO BOX 29706
PHOENIX AZ 85038-9706

US BANK HOME MTG
4801 FREDERICA ST
OWENSBORO KY 42301

VERIZON WIRELESS
BKY GROUP
PO BOX 3397
BLOOMINGTON IL 61702

WALMART GEMB
PO BOX 530927
ATLANTA GA 30353-0927

WEST ASSET MGMT
PO BOX 105698
ATNALTA GA 30048

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
    **Aida E Tosca**
        Debtor(s).

**SIGNATURE DECLARATION**

Case No. **10-49286**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date:    March 8, 2011

X _/s/ Aida E Tosca_              X _____
Signature of Debtor or Authorized Representative    Signature of Joint Debtor

**Aida E Tosca**
Printed Name of Debtor or Authorized Representative    Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy